1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant SCHLETTE

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,            )      No. CR 13-00358-CW
10                                       )
              Plaintiff,                 )
11                                       )      STIPULATED REQUEST TO MODIFY
         v.                              )      RELEASE CONDITIONS; ORDER
12                                       )
                                         )
13  ALFRED JOHN SCHLETTE,                )
                                         )
14            Defendant.                 )
                                         )
15  _____  )

16
         The parties hereby STIPULATE that the release conditions in this case be modified to
17
    include the following condition: Mr. Schlette may travel outside of the Northern District of
18
    California for business and employment purposes at the discretion of the Pretrial Services
19
    Agency, provided that Mr. Schlette give itinerary and contact information to his Pretrial Officer,
20
    and obtain any such approval, in advance of such travel.
21
    //
22

23

24

25

26
    //

1     Pretrial Services Officer Nelson Barao has been contacted by defense counsel and has
2 indicated by email that he does not object to this modification.

5 DATED: June 18, 2013            /s/
6                                    JARED C. DOLAN
                                   Assistant United States Attorney

8 DATED: June 18, 2013            /s/
9                                    JOHN PAUL REICHMUTH
                                   Assistant Federal Public Defender
10                                    Counsel for Alfred John Schlette

## ORDER

13     Based on the reasons provided in the stipulation of the parties above,
14     IT IS HEREBY ORDERED that the release conditions in this case be modified to
15 include the following condition: Mr. Schlette may travel outside of the Northern District of
16 California for business and employment purposes at the discretion of the Pretrial Services
17 Agency, provided that Mr. Schlette give itinerary and contact information to his Pretrial Officer,
18 and obtain any such approval, in advance of such travel.
19     All other conditions of release previously set by this court shall remain in effect.

21 June 20, 2013                                                
                                   HON. DONNA M. RYU
22                                    United States Magistrate Judge